I, _Audrey Gibbons_ having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of _NOT_ guilty to the Indictment filed in this case.

Dated this _10th_ day of _Dec._, 20_24_

DEFT. _[signature]_
CNSL. _[signature]_